UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA  DIVISION


BERNABE MIJAREZ ENRIQUEZ                           Case No.1:26-cv-00294

_____
Plaintiff

VS.                                                JUDGE ALEXANDER C VAN HOOK
Noem et al.                                  MAGISTRATE JUDGE CAROL B WHITEHURST

_____
Defendant


**ORDER**


IT IS ORDERED that <u>Brandon Riches</u> be and is hereby admitted to the bar of this Court

pro hac vice on behalf of Bernabe Mijarez Enriquez in the above described action.

SO ORDERED on this, the <u>24th</u> day of <u>Feb.</u>, 20<u>26</u> .




_____
U.S. Magistrate Judge