## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| BERNABE MIJAREZ ENRIQUEZ | CIVIL ACTION NO. 26-0294 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| KRISTI NOEM, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## ORDER

Considering the foregoing Motion for Voluntary Dismissal of Habeas Petition,

**IT IS ORDERED** that the motion is **GRANTED**. All claims of petitioner, Bernabe Mijarez Enriquez, against defendants, Kristi Noem, Todd Lyons, Scott Ladwig, Pamela Bondi and Warden of River Correctional Center, are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of May, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**